1  ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
2  VALENTINE C. VIDAL, ESQ.
   Nevada Bar No. 14428
3  KOELLER NEBEKER CARLSON
   & HALUCK, LLP
4  400 S. 4th Street, Suite 600
   Las Vegas, NV 89101
5  Phone: (702) 853-5500
   Fax: (702) 853-5599
6  *Andrew.green@knchlaw.com*
   *Valentine.vidal@knchlaw.com*
7  Attorneys for Defendant,
   SAFECO INSURANCE COMPANY
8  OF ILLINOIS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD MARQUEZ, | ) CASE NO.: 2:20-cv-01247-JAD-EJY |
| Plaintiff, | ) **STIPULATION AND ORDER FOR ONE HUNDRED FIFTY (150) DAY EXTENSION OF DATES WITHIN SCHEDULING ORDER** |
| vs. | |
| SAFECO INSURANCE COMPANY OF ILLINOIS | ) **[SECOND REQUEST]** |
| Defendant. | |

**COME NOW**, Defendant SAFECO INSURANCE COMPANY OF ILLINOIS (hereinafter also referred to as "Safeco" or "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiffs, DONALD MARQUEZ (hereinafter "Plaintiff"), by and through their attorneys of record, Kevin Sprenz, Esq., of SPRENZ LAW OFFICE and hereby submit this joint stipulated request to extend the time for the remaining discovery deadlines by one hundred fifty (150) days.

The parties specifically note for the Court that this second request to extend time and discovery is directly related to COVID-19 and the continued impact it has had upon witness availability.

**A.  Statement of Completed Discovery**

Both parties have produced initial disclosures of witnesses and documents as well as supplemental disclosures of documents that were obtained via subpoenas to non-parties. The Defendant has served subpoenas for records from the Custodian of Records for non-parties: Advantage Diagnostic Imaging Center, LLC, Anthony Theiler, M.D., Extremities Surgical Institute, Henderson Hospital, Jacobs Medical Associates, JD Gross Medical Corporation Medical Evaluation Specialists, Inc., Neck and Back Clinics, Neurology Institute of Nevada, Nevada Orthopedic & Spine Center, Pain Institute of Nevada, Primary Care Consultants, Seven Hills Surgery Center, LLC, Steinberg Diagnostic Medical Imaging Center, WLVSC dba Valley View Surgery Center, Limited Partnership, Yee Advanced Orthopedics & Sports Medicine, P.C..

Of the non-parties served with subpoenas, the following have responded and provided documents: Advantage Diagnostic Imaging Center, LLC, Anthony Theiler, M.D., Extremities Surgical Institute, Jacobs Medical Associates, JD Gross Medical Corporation Medical Evaluation Specialists, Inc., Neck and Back Clinics, Neurology Institute of Nevada, Nevada Orthopedic & Spine Center, Pain Institute of Nevada, Primary Care Consultants, Seven Hills Surgery Center, LLC, Steinberg Diagnostic Medical Imaging Center, WLVSC dba Valley View Surgery Center, Limited Partnership, and Yee Advanced Orthopedics & Sports Medicine, P.C..

Parties subject to subpoenas have requested extensions of time to respond and provide documents - resulting in delayed receipt of materials.  All of the documents received in response to subpoenas have been produced to Plaintiffs.

Additionally:

- Plaintiff has produced his initial and supplemental disclosures as required.
- Both parties have designated expert witnesses.
- Plaintiffs' medical expert Dr. Gross has been deposed.

**B. Statement of Discovery that remains to be Completed**

Defendant anticipates depositions of Plaintiff and a limited number of additional depositions, depending upon the responses to subpoenas to non-parties, which have not yet received. These additional depositions will not approach the limits upon the number of permitted depositions.

**C. Statement Supporting the Necessity of Extending Dates within the Scheduling Order**

This extension is necessary to accommodate the delays in discovery caused by COVID-19. The extension will allow both parties to depose medical experts and non-parties, if necessary, depending upon subpoena responses. The additional time the parties jointly request herein is intended to accommodate the delays due to COVID-19 thus far, however the parties note they are aware of the potential for additional delays and resulting requests for further extensions may precipitate as additional guidance for the avoidance of spread of COVID-19 is released. Additionally, the extension of time allows for Defendant to conduct the depositions of Plaintiff Donald Marquez and other non-parties.

**D. Proposed Revised Schedule**

With a one hundred fifty (150) day discovery extension of the remaining discovery deadlines, as well as the total time for discovery, the new discovery cut-off date will be **October 11, 2021.** The Parties propose to extend the remaining discovery deadlines in this case by one hundred fifty (150) days, and the resulting changes to the scheduling order will result in the following:

Close of Discovery: Currently, the close of discovery is May 13, 2021. The proposed cut-off date is **October 11, 2021**.

Amend Pleadings and Add Parties: Currently, the deadline to amend pleadings and add parties was February 10, 2021. The proposed deadline will be, **April 12, 2021**.

Expert Disclosure: Currently, the deadline for expert disclosure is March 14, 2021. The proposed deadline is **August 11, 2021**.

Rebuttal Expert Disclosure: Currently the deadline for rebuttal expert disclosure is April 13, 2021. The proposed deadline is **September 13, 2021**.

Dispositive Motions: Dispositive motions will be made no later than **November 10, 2021**, which does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR26-1(b)(4) presumptively sets for filing dispositive motions.

Pretrial Order: The Joint Pretrial Order shall be filed by **December 10, 2021**, which is no later than thirty (30) days after the date set for the filing of dispositive motions.

DATED this 13th day of May, 2021.                    DATED this 13th day of May, 2021

KOELLER, NEBEKER, CARLSON                SPRENZ LAW OFFICE
  & HALUCK, LLP

By: */s/Andrew Green*                                       By: */s/Kevin Sprenz*
    ANDREW C. GREEN, ESQ.                              KEVIN SPRENZ, ESQ.
    Nevada Bar No. 9399                                   Nevada Bar No. 7924
    VALENTINE C. VIDAL, ESQ.                            9960 W. Cheyenne Ave. #170
    Nevada Bar. No. 14428                                 Las Vegas, NV 89129
    400 S. 4th Street, Suite 600                          Attorneys for Plaintiffs,
    Las Vegas, NV 89101                                   DONALD MARQUEZ
    Attorneys for Defendant,
    SAFECO INSURANCE COMPANY
    OF ILLINOIS

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 14, 2021

Respectfully Submitted by:

KOELLER, NEBEKER CARLSON
& HALUCK, LLP

By: */s/Andrew Green*
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    VALENTINE C. VIDAL, ESQ.
    Nevada Bar No. 14428
    400 S. 4th Street, Suite 600
    Las Vegas, NV 89101
    Attorneys for Defendant,
    SAFECO INSURANCE COMPANY
    OF ILLINOIS