Kevin A. Sprenz, Esq.
Nevada Bar No. 7924
SPRENZ LAW
9960 W. Cheyenne Ave., Ste. 170
Las Vegas, Nevada 89129
ksprenz@sprenzlaw.com
Phone: (702) 243-4900
Facsimile: (702) 998-1897
Attorneys for Plaintiff
DONALD MARQUEZ

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD MARQUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF ILLINOIS <br><br> Defendant. | CASE NO.: 2:20-cv-01247-JAD-EJY <br><br> STIPULATION AND ORDER FOR THIRTY (30) DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT <br><br> [FIRST REQUEST] <br><br> ECF No. 22 |

**COME NOW**, Plaintiff, DONALD MARQUEZ (hereinafter "Plaintiff"), by and through his attorneys of record, Kevin Sprenz, Esq., of SPRENZ LAW, and Defendant SAFECO INSURANCE COMPANY OF ILLINOIS (hereinafter also referred to as "Safeco" or "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and hereby submit this joint stipulated request to extend the time for Plaintiff to file his Opposition to Defendant's Motion for Partial Summary Judgment for thirty (30) days.

This request to extend time to file Plaintiff's Opposition is to allow the parties to further discuss settlement and/or stipulate to an Alternative Dispute Resolution.

**A.    Statement Supporting the Necessity of Extending Dates**

This extension is necessary to allow the parties to further address possible settlement parameters and/or the option of pursuing a binding Alternative Dispute Resolution. Counsel for both parties have engaged in meaningful discussions and believe it would be in the best interest of the parties – and this court – to extend the briefing deadline for thirty (30) days to facilitate

those discussions. The parties have a good faith belief that a partial or complete resolution will be agreed to within the next few weeks, thus saving time and resources of all involved.

B. **Proposed Revised Briefing Schedule**

With a thirty (30) day extension for Plaintiff to file his Opposition to Defendant's Motion for Partial Summary Judgment, the new Opposition filing date will be **May 2, 2022**. With Defendant's Reply being due **May 16, 2022**.

DATED this 31st day of March, 2022.

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By: /s/ Andrew C. Green, Esq.
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
VALENTINE C. VIDAL, ESQ.
Nevada Bar. No. 14428
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
SAFECO INSURANCE COMPANY OF ILLINOIS

DATED this 31st day of March, 2022

SPRENZ LAW

By: /s/ Kevin A. Sprenz, Esq.
KEVIN SPRENZ, ESQ.
Nevada Bar No. 7924
9960 W. Cheyenne Ave. #170
Las Vegas, NV 89129
Attorneys for Plaintiffs,
DONALD MARQUEZ

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 6, 2022

Respectfully Submitted by:

SPRENZ LAW

By: /s/ Kevin A. Sprenz, Esq.
Kevin A. Sprenz, Esq.
Nevada Bar No. 7924
9960 W. Cheyenne Ave., Ste. 170
Las Vegas, Nevada 89129
ksprenz@sprenzlaw.com
Phone: (702) 243-4900
Facsimile: (702) 998-1897
Attorneys for Plaintiff
DONALD MARQUEZ

| | |
|---|---|
| **From:** | Kevin Sprenz |
| **To:** | Trinidad Acosta-Christon |
| **Subject:** | FW: Stipulation and Order for Extension to OPP.docx |
| **Date:** | Thursday, March 31, 2022 4:16:49 PM |
| **Attachments:** | image003.png |
| | Stipulation and Order for Extension to OPP.docx |
| | image002.png |

Please file : )

*Kevin A. Sprenz, Esq.*



9960 W. CHEYENNE AVE. STE. 170 ♦ VEGAS, NV 89129♦PHONE 702-243-4900♦FACSIMILE 702-998-1897♦WWW.SPRENZLAW.COM

**From:** Andrew C. Green [mailto:andrew.green@knchlaw.com]
**Sent:** Thursday, March 31, 2022 4:14 PM
**To:** Kevin Sprenz <ksprenz@sprenzlaw.com>
**Subject:** Stipulation and Order for Extension to OPP.docx

Here this is with those couple adjustments I mentioned on the phone. You can use my e-signature. Thanks again. Andrew

**Andrew C. Green**
300 South Fourth St Suite 500 | Las Vegas, NV 89101
Phone 702-853-5500 | Fax 702-853-5599
Andrew.Green@knchlaw.com
knchlaw.com



IRVINE | SAN DIEGO | PHOENIX | LAS VEGAS | SACRAMENTO | ORLANDO | AUSTIN | MIAMI

**Confidentiality Notice:** This message is being sent on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or if this was sent to you in error, you are not authorized to read, print, retain, copy or disseminate this message or any part