ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
300 S. 4th Street, Suite 500
Las Vegas, NV  89101
Phone:  (702) 853-5500
Fax:  (702) 853-5599
Andrew.green@knchlaw.com
Attorney for Defendant,
SAFECO INSURANCE COMPANY OF ILLINOIS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD MARQUEZ, individually; | **CASE NO.:  2:20-cv-001247-ART-EJY** |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SAFECO INSURANCE COMPANY OF ILLINOIS; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

Plaintiff, DONALD MARQUEZ, by and through his counsel of record, Kevin A. Sprenz, Esq. of the law offices of SPRENZ LAW, and Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, by and through its counsel of record, Andrew C. Green, Esq. of the law office of KOELLER NEBEKER CARLSON & HALUCK, LLP, hereby stipulate to the following:

///

///

///

///

///

///

///

///

///

///

653966v2

1    IT IS HEREBY STIPULATED AND AGREED the Complaint in this matter is dismissed

2 with prejudice, including any and all claims asserted therein or could have been asserted therein,

3 and each party bear their own attorney fees and costs.

4 DATED this 15th day of September, 2022.          DATED this 15th day of September, 2022.

5 SPRENZ LAW                                        KOELLER NEBEKER CARLSON
                                                       & HALUCK LLP
6
7 By:  _/s/ Kevin A. Sprenz_____          By:  _/s/ Andrew C. Green_____
       KEVIN A. SPRENZ, ESQ.                         ANDREW C. GREEN, ESQ.
       Nevada Bar No. 7924                           Nevada Bar No. 9399
8      9960 W. Cheyenne Ave., Suite 170              300 S. 4th St., Suite 500
       Las Vegas, NV 89129                           Las Vegas, NV 89101
9      Attorneys for Plaintiff                       Attorneys for Defendant,
                                                     SAFECO INSURANCE COMPANY
10                                                   OF ILLINOIS

11                                   **ORDER**

12    **IT IS HEREBY ORDERED** that Plaintiff's Complaint filed against SAFECO

13 INSURANCE COMPANY OF ILLINOIS is dismissed in its entirety, with prejudice, each party

14 to bear its own respective fees and costs herein.

15                                   DATED: ___9/15/2022_____

16                                   _____

17                                   UNITED STATES DISTRICT COURT JUDGE

18 KOELLER NEBEKER CARLSON
      & HALUCK, LLP
19
20 By:  _/s/ Andrew C. Green_____
       ANDREW C. GREEN, ESQ.
21     Nevada Bar No. 9399
       300 S. 4th St., Suite 500
       Las Vegas, NV 89101
22     Attorneys for Defendant,
       SAFECO INSURANCE COMPANY OF ILLINOIS
23

24

25

26

27

28